**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 3/2/07

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
Lloyd D. George U.S. Courthouse
1st Floor
333 Las Vegas Blvd. South
Las Vegas, NV. 89101-7065
RE: 07-68M Rene Oswald Cobar & Luis Angel
Gonzalez-Largo

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this district regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 2/28/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk